**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 6:06-CR-170-ORL-19DAB

JON WALTER MILLER,

    Defendant.

## ORDER

This case was considered by the Court at a hearing held September 18, 2007.

Upon consideration, the parties in this case shall confer and file with the Court within ten (10) days from the date of this Order the name of an independent physician to be appointed to examine the Defendant and advise the Court of Defendant's medical and physical condition, including but not limited to any restrictions that should be imposed by the Court to assist Defendant with his medical condition during trial.

**DONE AND ORDERED** at Orlando, Florida, this ___19th___ day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant